# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>TYLER H. WARNER,<br><br>　　　　　Defendant. | CASE NO. 2:22-CR-23<br>JUDGE Graham<br><br>**INFORMATION**<br><br>21 U.S.C. §§ 846, 841(a)(1),<br>841(b)(1)(C)<br><br>**FORFEITURE ALLEGATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE
### Conspiracy to Distribute and Possess with Intent to Distribute Hashish Oil

From at least in or about May 2018, up to and including on or about April 18, 2019, in the Southern District of Ohio and elsewhere, the defendant, **TYLER H. WARNER**, did combine, conspire, confederate, and agree with others, to knowingly, intentionally, and without authority, distribute and possess with intent to distribute a mixture and substance containing a detectable amount of hashish oil, a schedule I controlled substance.

**In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).**

## FORFEITURE ALLEGATION

1.　　The allegations of this Information are realleged and incorporated herein for the purpose of alleging forfeiture to the United States of America.

2. Upon conviction of the offense of Title 21, United States Code, Sections 846 and 841(a)(1) as alleged in Count One of this Information, the defendant, **TYLER H. WARNER**, shall forfeit to the United States, in accordance with Title 21, United States Code, Sections 853(a)(1) and (2), all of his right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

**Forfeiture notice in accordance with Title 21, United States Code, Sections 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

KENNETH L. PARKER
United States Attorney

*/s/ Kelly A. Norris*

KELLY A. NORRIS
Assistant United States Attorney